UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Plaintiff,

v.

                                    Case No. 2:24-CV-186-KCD

RACHEL D. BROCKMAN,
ELIZABETH A. BROCKMAN,

    Defendants,
_____/

## ORDER

In this interpleader action, The Northwestern Mutual Life Insurance Company deposited $1,089,948.89 into the Court's registry. (Doc. 37.) Defendants Rachel D. Brockman and Elizabeth A. Brockman have resolved the remainder of the dispute and request an order authorizing the disbursement of the funds, plus all accrued interest from the Court's registry, to Elizabeth A. Brockman. (Doc. 64.) After disbursement, the parties ask that the case be dismissed with prejudice in its entirety.

Accordingly, it is **ORDERED**:

1. The request to authorize disbursement (Doc. 64) is **GRANTED**, and the Clerk shall disburse the sum of $1,089,948.89, plus any accrued interest, less any registry fee or charge, made out to "Elizabeth A.

Brockman" and mailed to Mark H. Muller, P.A., 5150 Tamiami Trail North, Suite 303, Naples, FL 34103.

2. Rachel Brockman shall retain all monies paid to her by Northwestern Mutual Life Insurance Company free of all claims of Defendant, Elizabeth Brockman.

3. After disbursement, the Clerk is **DIRECTED** to enter judgment dismissing the action, including all crossclaims, with prejudice and with each party to bear their own costs and attorney's fees and **CLOSE** the case.

**ENTERED** in Fort Myers, Florida on April 29, 2025.

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:
Finance-ORL